UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGINALD WAYNE ROBINSON, <br><br> Petitioner, <br><br> v. <br><br> RENTON MUNICIPAL COURT, *et al*., <br><br> Respondents. | Case No. C17-0539-TSZ-MAT <br><br> ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application to proceed *in forma pauperis* (Dkt. 4) is GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus (Dkt. 1) without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

DATED this 8th day of May, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS* - 1