UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REGINALD WAYNE ROBINSON,

                    Petitioner,

    v.

RENTON MUNICIPAL COURT, *et al.*,

                  Respondents.

Case No. C17-0539-TSZ-MAT

ORDER TO SHOW CAUSE

       Petitioner Reginald Robinson is currently confined at the South Correctional Entity (SCORE) in Des Moines, Washington. He has submitted to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging a 2013 Renton Municipal Court judgment and sentence. Petitioner asserts two grounds for relief in his petition, but neither claim alleges a violation of a federal constitutional right.

       Federal habeas relief does not lie for errors of state law. *Lewis v. Jeffers*, 497 U.S. 764, 780 (1990) (citing *Pulley v. Harris*, 465 U.S. 37, 41 (1983)). A federal district court may entertain an application for a writ of habeas corpus by an individual in custody pursuant to a judgment of a state court "only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Because petitioner does not identify any

federal constitutional basis for the claims asserted in his petition, he has not stated a cognizable ground for relief.

Accordingly, the Court hereby ORDERS as follows:

(1)     Petitioner shall SHOW CAUSE not later than ***June 12, 2017*** why his federal habeas petition should not be dismissed for failure to state a cognizable ground for relief.

(2)     The Clerk is directed to send copies of this Order to petitioner and to the Honorable Thomas S. Zilly.

DATED this <u>8th</u> day of May, 2017.


_____
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE - 2