UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGINALD WAYNE ROBINSON,<br><br>                  Petitioner,<br><br>    v.<br><br>RENTON MUNICIPAL COURT, *et al*.,<br><br>                  Respondents. | Case No. C17-0539-TSZ<br><br>ORDER DISMISSING FEDERAL<br>HABEAS ACTION |

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, docket no. 8, to which no objection was timely filed, hereby finds and ORDERS:

(1) The Report and Recommendation is APPROVED and ADOPTED in part and MODIFIED in part;

(2) Petitioner's petition for writ of habeas corpus, docket no. 6, and this action are DISMISSED for failure to state a cognizable ground for relief; such dismissal is without prejudice;

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

1  (4) The Clerk is directed to send copies of this Order to petitioner and to the
2  Honorable Mary Alice Theiler.
3  DATED this 18th day of July, 2017.

_____
Thomas S. Zilly
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2